THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY HEALTH AND SECURITY FUND, et al.,<br>　　　　　　　　Plaintiffs,<br>　　　v.<br>GREEN FIELD SERVICES INCORPORATED, a Washington corporation,<br>　　　　　　　　Defendant. | NO.　C17-948-RSM<br><br>STIPULATION AND ORDER FOR ENTRY OF JUDGMENT |

THE PARTIES above named, through their attorney, Russell J. Reid of Reid, McCarthy, Ballew & Leahy, L.L.P., attorneys for Plaintiffs, and Jacob Sabin, owner of Green Field Services Incorporated, hereby stipulate for entry of Judgment in the above-referenced action.

DATED this _____ day of June, 2017.

| | |
|---|---|
| REID, McCARTHY, BALLEW & LEAHY, L.L.P. | GREEN FIELD SERVICES INCORPORATED |
| _____<br>Russell J. Reid, WSBA #2560<br>Attorney for Plaintiffs | _____<br>Jacob Sabin, Owner<br>Defendant |

# ORDER FOR ENTRY OF JUDGMENT

Based on the foregoing Stipulation of Plaintiffs and Defendant, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiffs be and hereby are awarded Judgment against Defendant in the amounts hereinafter listed, which amounts are due the Plaintiff Trusts by Defendant for its inclusive employment of members of the bargaining unit represented by Locals 302 and 612, with which the Defendant has valid collective bargaining agreements, and which amounts are due by reason of its specific acceptance of the Declarations of Trust for the period May 2017: for contributions of $5,375.40, for dues of $320.31, for liquidated damages of $645.77, for pre-judgment interest of $12.37, for attorneys' fees of $79.50 and for costs of $474.50, all for a total of $6,907.85, together with interest accruing thereupon at the rate of twelve percent (12%) per annum from the date of entry hereof until fully paid.

**DATED** this 28 day of June 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented for entry by:

*/s/Russell J. Reid*
Russell J. Reid, WSBA #2560
of Reid, McCarthy, Ballew & Leahy, L.L.P.
Attorneys for Plaintiffs